# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  
    Robert Lee Johnson

    Debtor(s)

Case No. 17 B 30157

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/09/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 07/11/2018.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,443.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,443.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,946.06 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $154.94 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,101.00** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Allstate Insurance | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| American Infosource | Unsecured | 1,118.00 | NA | NA | 0.00 | 0.00 |
| ATT Directv | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| BK OF AMER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 22,000.00 | 22,593.83 | 22,593.83 | 0.00 | 0.00 |
| Chrysler Financial | Unsecured | 14,900.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 7,685.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Dept of Water | Secured | 5,000.00 | NA | 5,000.00 | 342.00 | 0.00 |
| City of Chicago Impound Lot #2 | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Concentra Immediate Care | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 4,000.00 | NA | 4,000.00 | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 15,000.00 | 15,747.91 | 15,747.91 | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit ONE BANK N.A. | Unsecured | 592.00 | NA | NA | 0.00 | 0.00 |
| Credit ONE BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 27,177.00 | NA | NA | 0.00 | 0.00 |
| Deshur Law Firm | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Direct Merchants Bank | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Emergency Physician's Office | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Equifax | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Experian | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Franklin | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HFC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HFC | Unsecured | 3,400.00 | NA | NA | 0.00 | 0.00 |
| HOME LOAN Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 4,500.00 | 50.85 | 50.85 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 2,361.50 | 2,361.50 | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV Funding LLC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| Mercy Physician Billing | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| National City Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| National Collection Agency | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial System | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| One Main Financial | Unsecured | 3,400.00 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Professional Placement Svcs. | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| Radiological Physicians Ltd. | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Receivable Solution Sp | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| Robert J. Semrad & Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Scholastic | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Secured | 246,659.00 | 246,406.29 | 246,406.29 | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Secured | 14,612.15 | 14,612.15 | 14,612.15 | 0.00 | 0.00 |
| SKO Brenner American | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sound and Spirit | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| Transunion | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Guaranty | Unsecured | 105,929.00 | 105,925.61 | 105,925.61 | 0.00 | 0.00 |
| United Recovery Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| WFNNB | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $246,406.29 | $0.00 | $0.00 |
| Mortgage Arrearage | $14,612.15 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $38,341.74 | $0.00 | $0.00 |
| All Other Secured | $9,000.00 | $342.00 | $0.00 |
| **TOTAL SECURED:** | **$308,360.18** | **$342.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,361.50 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,361.50** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$105,976.46** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,101.00 |
| Disbursements to Creditors | $342.00 |
| **TOTAL DISBURSEMENTS** : | **$3,443.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/30/2018         By: /s/ Marilyn O. Marshall
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**